B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **BARRY NEIL SHRUM**
**DAWN ELLEN SHRUM**

Debtor(s)

Case No. **3:09-06329**

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. 1

| Creditor's Name: **Countrywide Home Lending** | Describe Property Securing Debt: **House and lot** **Location: 400 WHISTLER COVE, Franklin TN** |
|---|---|

Property will be (check one):
☐ Surrendered          ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☒ Claimed as Exempt          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| Lessor's Name: **-NONE-** | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES          ☐ NO |
|---|---|---|

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **June 30, 2011**          Signature **/s/ BARRY NEIL SHRUM**
**BARRY NEIL SHRUM**
Debtor

Date **June 30, 2011**          Signature **/s/ DAWN ELLEN SHRUM**
**DAWN ELLEN SHRUM**
Joint Debtor